```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02152
   DOMONIC L GANGLEY
   VENUS L GANGLEY                           CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6667    SSN XXX-XX-7424

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/07/2007 and was confirmed 06/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

     The case was dismissed after confirmation 10/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
DOVENMUEHLE MORTGAGE       CURRENT MORTG        .00            .00            .00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC   14394.00         101.32        1398.68
DAIMLER CHRYSLER FINANCI   UNSECURED        6602.14            .00            .00
SILVERLEAF RESORTS INC     SECURED NOT I        .00            .00            .00
AMERICREDIT FINANCIAL SE   UNSECURED      NOT FILED            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED      NOT FILED            .00            .00
ASSOC INVESTMENT CORP      UNSECURED      NOT FILED            .00            .00
CALIFORNIA BUSINESS BURE   UNSECURED      NOT FILED            .00            .00
CAPITAL ONE                UNSECURED        1147.68            .00            .00
CHASE                      UNSECURED      NOT FILED            .00            .00
CHD SPT NTWK               PRIORITY       15553.00            .00         324.71
CHILD SUPPORT ENFORCEMEN   UNSECURED      NOT FILED            .00            .00
COLLECTION COMPANY OF AM   UNSECURED      NOT FILED            .00            .00
COLUMBIA HOUSE             UNSECURED      NOT FILED            .00            .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED            .00            .00
DEBT CREDIT SERVICES       UNSECURED      NOT FILED            .00            .00
DEBT RECOVERY SOLUTION     UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         432.56            .00            .00
HUNTINGTON NATIONAL BANK   UNSECURED      NOT FILED            .00            .00
LVNV FUNDING               UNSECURED      NOT FILED            .00            .00
MERRICK BANK~              UNSECURED      NOT FILED            .00            .00
NATIONAL AUTO FINANCE      UNSECURED       11083.82            .00            .00
NCO FIN/99                 UNSECURED      NOT FILED            .00            .00
NCO COLLECTION AGENCY      UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED         462.15            .00            .00
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
PENCREDIT CORP             UNSECURED      NOT FILED            .00            .00
RADIO SHACK/CBUSA NA       UNSECURED      NOT FILED            .00            .00
KIRLIN ASSOCIATES          UNSECURED      NOT FILED            .00            .00
TRAVELERS BK               UNSECURED      NOT FILED            .00            .00
RENT A CENTER              NOTICE ONLY    NOT FILED            .00            .00
DOVENMUEHLE MORTGAGE       MORTGAGE ARRE     175.26            .00         175.26

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02152 DOMONIC L GANGLEY & VENUS L GANGLEY
```

```
DOVENMUEHLE MORTGAGE       NOTICE ONLY    NOT FILED              .00              .00
SPRINT-NEXTEL CORP         UNSECURED       1024.63               .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       1005.35               .00              .00
VATIV RECOVERY SOLUTIONS   NOTICE ONLY    NOT FILED              .00              .00
B-REAL LLC                 UNSECURED        629.61               .00              .00
AQUELLAH PATTESON          NOTICE ONLY    NOT FILED              .00              .00
DAWN CAMPBELL              NOTICE ONLY    NOT FILED              .00              .00
CHD SPT NTWK               UNSECURED      17512.52               .00              .00
LEONA PATTERSON            UNSECURED      40119.76               .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,494.00                          2,494.00
TOM VAUGHN                 TRUSTEE                                             323.03
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                   4,817.00

PRIORITY                                        324.71
SECURED                                       1,573.94
    INTEREST                                    101.32
UNSECURED                                          .00
ADMINISTRATIVE                                2,494.00
TRUSTEE COMPENSATION                            323.03
DEBTOR REFUND                                      .00
                        ---------------    ---------------
TOTALS                    4,817.00            4,817.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                            PAGE   2
       CASE NO. 07 B 02152 DOMONIC L GANGLEY & VENUS L GANGLEY